**Order entered June 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00149-CV

### LARRY M. GENTILELLO M.D., Appellant

### V.

### UNIVERSITY OF TEXAS SOUTHWESTERN HEALTH SYSTEMS, ET AL, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-6167**

## ORDER

The Court has before it appellant's June 5, 2013 motion to lift seal on record for appeal, which is unopposed. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to unseal the record in this case.

/s/     ELIZABETH LANG-MIERS
          JUSTICE